■ In the Matter of the Estate of Carol Petote, Deceased. Karen M. Petote, Appellant; Thomas Chichester, Respondent. (Appeal No. 2.) [916 NYS2d 859]—Appeal from an order of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered February 26, 2009. The order awarded respondent attorney's fees.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs.

Same memorandum as in *Matter of Petote* (81 AD3d 1370 [2011]). Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ In the Matter of the Application of Donald L.L., Appellant, For the Appointment of a Guardian of the Person and Property of Jessie D.L., an Alleged Incapacitated Person. Robert J. Miceli, Respondent. (Appeal No. 1.) In the Matter of the Application of Donald L.L., Appellant, for the Appointment of a Guardian of the Person and Property of Jessie D.L., an Alleged Incapacitated Person. Robert J. Miceli, Respondent. (Appeal No. 2.) Robert J. Miceli, as Guardian of the Person and Property of Jessie D.L., Respondent, v Donald L.L. et al., Appellants. (Appeal No. 3.) [916 NYS2d 859]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (David Michael Barry, J.), entered April 21, 2008. The order and judgment, inter alia, appointed a guardian for the person and property of the incapacitated person.

It is hereby ordered that said appeal is unanimously dismissed with costs (*see Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]; *see also* CPLR 5511). Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.